■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE HUDSON, Appellant. [841 NYS2d 474]—Judgment, Supreme Court, Bronx County (Barbara F. Newman, J.), rendered on or about November 29, 2004, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Nardelli, Buckley, Sweeny and Malone, JJ.